**Law Offices of the Federal Public Defender**
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101

Tel: 702-388-6577
Fax: 702-388-6261

Franny A. Forsman
Federal Public Defender
District of Nevada

Michael J. Kennedy
First Assistant

John C. Lambrose
Chief, Non-Capital Habeas Unit
Brian Abbington
Chief, Capital Habeas Unit
Rene L. Valladares
Chief, Trial Unit
Michael Pescetta
Habeas Resource Counsel

September 6, 2007

Ms. Ruthanne Schaeffer
Lloyd D. George Federal Courthouse
333 Las Vegas Blvd. So.
Las Vegas, NV 89101

Re: *__Lori Ann Ambriz__*

Dear Ms. Schaeffer:

Enclosed please find a Financial Affidavit for Lori Ann Ambriz. Ms. Ambriz believes that she is going to be charged with embezzlement by her former employer JGB Enterprises. At this time, we have opened this case as a consultation. Shari Kaufman will represent Ms. Ambriz in this matter should charges be filed.

Thank you for your attention to this matter.

Sincerely,

Rene L. Valladares
Assistant Federal Public Defender
Chief, Trial Unit

Enclosure